UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.M.,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>          Defendants. | Case No. 23-cv-04313-RS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED ANONYMOUSLY** |

Plaintiff seeks leave to proceed under the initials "E.M." Plaintiff agrees she will provide her true full name to defendants upon entry of a protective order barring further dissemination of that information and requiring that any documents containing her true name be filed under seal. Plaintiff's motion to proceed as "E.M." is granted. As defendants have not yet appeared in this action, this ruling is without prejudice to any arguments they may subsequently make that plaintiff's identity should be public. Assuming, however, the issue will not be disputed, the parties shall meet and confer regarding the form of a protective order that addresses plaintiff's privacy interests as well as any other confidentiality restrictions that may be appropriate for materials produced in discovery.

**IT IS SO ORDERED**.

Dated: September 5, 2023

RICHARD SEEBORG
Chief United States District Judge